## Walton BROCK, Movant, v. COMMON-WEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.
June 12, 1951.

Lewis & Weaver, London, for movant.

A. E. Funk, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for opposed.

PER CURIAM.

Motion for an appeal from the Laurel Circuit Court. Judgment of conviction for having in possession intoxicating liquors for sale in local option territory. $100 fine and 60 days in jail.

Appeal denied. Judgment affirmed.